**Mark William ADAIR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42809.**

Missouri Court of Appeals,
Western District.

Oct. 16, 1990.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**In re The Marriage of Susan J. ANDERSON, Appellant,**

v.

**Shawn D. ANDERSON, Respondent.**

**No. WD 42942.**

Missouri Court of Appeals,
Western District.

Oct. 16, 1990.

Theodore S. Elo, Kranitz & Kranitz, St. Joseph, for appellant.

Glen A. Dietrich, Maryville, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from portion of decree of dissolution of marriage awarding primary custody of minor child to respondent father.

The decree is affirmed. Rule 84.16(b).